# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FERNANDES-SILVA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-00961-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 17) |

On June 17, 2026, the parties filed a stipulation for the payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  (ECF No. 17.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of NINE THOUSAND NINE HUNDRED NINETY-NINE AND 00/100 ($9,999.00) as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated:   **June 18, 2026**
_____
STANLEY A. BOONE
United States Magistrate Judge

1